JODI LINKER Cal. Bar. No. 230273
Federal Public Defender
Northern District of California
GABRIELA BISCHOF, Cal. Bar. No. 272973
CANDIS MITCHELL, Cal. Bar. No. 242797
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:   (415) 436-7706
Email:       candis_mitchell@fd.org


Counsel for Defendant Nathan


IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION


| | |
|---|---|
| **United States of America,** | **Case No.:** CR 19–034 VC |
| Plaintiff, | **Defense Exhibit List** |
| v. | |
| **Ramesh Nathan,** | |
| Defendant. | |


        The defense hereby submits a list of potential exhibits in the above-captioned case. The defense

will decide whether and how to present a defense case after the government presents its case. The

defense reserves the right to amend this list prior to and during trial as necessary.

DEFENSE EXHIBIT LIST
*NATHAN*, CR 19–034 VC

1
2
3

| Exhibit No. | Description | Bates Number | Date Marked for ID/Witness Name | Date Admitted/Witness Name |
|---|---|---|---|---|
| 1001 | 8-01-16 Bank of America Business Signature Card for Relativity Research acct 6208 | US-RKN25-0000466 | | |
| 1002 | 3-24-15 Bank of America Personal Signature Card for Ramesh Nathan account 3137 | US-RKN25-0001437 | | |
| 1003 | 3-24-15 Bank of America Personal Signature Card for Ramesh Nathan account 3140 | US-RKN25-0001438 | | |
| 1004 | 7-01-16 Bank of America Business Signature Card for Relativity Research/ Ramesh Nathan account 3293 | US-RKN25-0001769 | | |
| 1005 | 4-15-15 Bank of America Personal Signature Card for Ramesh Nathan account 6899 | US-RKN25-0001961 | | |
| 1006 | Excerpts from: Citibank Grand Jury subpoena response re Roberto Garcia account 1094 for 7-21-15 to 01-12-18 | US-RKN25-0003991-US-RKN25-0004191 | | |

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19

Dated:     March 18, 2025

20

Respectfully submitted,

21

JODI LINKER
Federal Public Defender
Northern District of California

22
23

/S

24

CANDIS MITCHELL
GABRIELA BISCHOF
Assistant Federal Public Defenders

25
26
27
28

DEFENSE EXHIBIT LIST
*NATHAN*, CR 19–034 VC

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENSE EXHIBIT LIST
*NATHAN*, CR 19–034 VC