PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

ROLAND CHANG (CABN 271511)
SARA E. HENDERSON (CABN 329977)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7108
    Fax: (415) 436-7027
    Roland.Chang@usdoj.gov
    Sara.Henderson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RAMESH KRIS NATHAN,<br><br>    Defendant. | CASE NO. 19-CR-00034-VC<br><br>**JOINT PROPOSED VERDICT FORM**<br><br>**Trial Date:** April 14, 2025<br>**Pretrial Conf.:** April 1, 2025<br>**Judge**: Hon. Vince Chhabria |

    Pursuant to the Court's Stipulated Pretrial Order (Dkt. 119) and the Court's Standing Order for Criminal Cases, the parties jointly submit the following proposed verdict form.[1]

DATED: March 25, 2025                               Respectfully submitted,

                                                                      PATRICK D. ROBBINS
                                                                      Acting United States Attorney

                                                                             /s/
                                                                      ROLAND CHANG
                                                                      SARA E. HENDERSON
                                                                      Assistant United States Attorneys

---

[1] The defense's position is that the order of Guilty and Not Guilty should be reversed.

JOINT PROPOSED VERDICT FORM                            1
19-CR-00034-VC

DATED: March 25, 2025

JODI LINKER
Federal Public Defender

*/s/ Gabriela Bischof*
GABRIELA BISCHOF
CANDIS MITCHELL
Counsel for Ramesh Kris Nathan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 19-CR-00034-VC |
| Plaintiff, | **[PROPOSED] VERDICT FORM** |
| v. | |
| RAMESH KRIS NATHAN, | |
| Defendant. | |

We, the members of the jury in this action, have reached the following unanimous verdict with respect to each of the following counts of the Indictment:

**COUNT ONE**: **Wire Fraud in violation of 18 U.S.C. § 1343**, by means of wire transfer of $1,500 from the bank account of Roberto Garcia at Citibank, N.A. to the bank account of Relativity Research Fund, Inc. ending in -3293 at Bank of America, N.A., sent on or about August 8, 2016.

We find the defendant, Ramesh Kris Nathan:

Guilty _____          Not Guilty _____

//
//
//
//
//
//

**COUNT TWO**: **Wire Fraud in violation of 18 U.S.C. § 1343**, by means of wire transfer of $7,000 from the bank account of Joseph Chamberlain at USAA Bank to the bank account of Relativity Research Fund, Inc. ending in -3293 at Bank of America, N.A., sent on or about August 1, 2016.

We find the defendant, Ramesh Kris Nathan:

    Guilty _____               Not Guilty _____

**COUNT THREE**: **Wire Fraud in violation of 18 U.S.C. § 1343**, by means of wire transfer of $5,000 from the bank account of Coates Properties LLC at Wells Fargo Bank, N.A., to the bank account of Relativity Research Fund, Inc. ending in -3293 at Bank of America, N.A., sent on or about January 25, 2017.

We find the defendant, Ramesh Kris Nathan:

    Guilty _____               Not Guilty _____

**COUNT FOUR**: **Wire Fraud in violation of 18 U.S.C. § 1343**, by means of wire transfer of $22,800 from the bank account of Hassani Synclair at Pinnacle Bank to the bank account of Relativity Research Fund, Inc. ending in -3293 at Bank of America, N.A., sent on or about June 22, 2017.

We find the defendant, Ramesh Kris Nathan:

    Guilty _____               Not Guilty _____

**COUNT FIVE**:     **Wire Fraud in violation of 18 U.S.C. § 1343**, by means of wire transfer of $335 from the bank account of Jordan Freeland at Navy Federal Credit Union to the bank account of Relativity Research Fund, Inc. ending in -3293 at Bank of America, N.A., sent on or about July 24, 2017.

We find the defendant, Ramesh Kris Nathan:

    Guilty  _____                    Not Guilty  _____

**COUNT SIX**:     **Wire Fraud in violation of 18 U.S.C. § 1343**, by means of wire transfer of $10,000 from the bank account of Michelle Gunter at Wells Fargo Bank, N.A., to the bank account of Relativity Research Fund, Inc. ending in -3293 at Bank of America, N.A., sent on or about July 25, 2017.

We find the defendant, Ramesh Kris Nathan:

    Guilty  _____                    Not Guilty  _____

**COUNT SEVEN**:     **Money Laundering in violation of 18 U.S.C. § 1957**, by means of the transfer of approximately $22,000 from the bank account of Relativity Research Fund, Inc. ending in -3293 at Bank of America, N.A., to the bank account of Relativity Research Inc. ending in -6208, at Bank of America, N.A., occurring on or about June 23, 2017.

We find the defendant, Ramesh Kris Nathan:

    Guilty  _____                    Not Guilty  _____

[PROPOSED] VERDICT FORM              3
19-CR-00034-VC

**COUNT EIGHT**:    **Money Laundering in violation of 18 U.S.C. § 1957**, by means of the transfer of approximately $25,000 from the bank account of Relativity Research Fund, Inc. ending in -3293 at Bank of America, N.A., to the bank account of Relativity Research Inc. ending in -6208, at Bank of America, N.A., occurring on or about July 26, 2017.

We find the defendant, Ramesh Kris Nathan:

Guilty _____     Not Guilty _____