JODI LINKER, Bar No. 230273
Federal Public Defender
Northern District of California
CANDIS MITCHELL, Bar No. 242797
GABRIELA BISCHOF, Bar No. 272973
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:  (415) 436-7700
Facsimile:   (415) 436-7706
Email:         Candis_Mitchell@fd.org

Counsel for Defendant Nathan

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAMESH NATHAN,<br><br>Defendant. | Case No.: CR 19–34 VC<br><br>**JOINT PROPOSED INVOLVED PERSONS LIST**<br><br>**Court:** Courtroom 4, 17th Floor<br>**Hearing Date:** April 1, 2025<br>**Hearing Time:** 10:00 a.m. |

Pursuant to this Court's Standing Order for Criminal Cases, the parties have conferred and jointly submit this proposed involved individuals list to the Court.

1. Ramesh Nathan, defendant
2. Roberto Garcia
3. Erika Jordan
4. Junior Leoso
5. Robert Amon
6. Ezra Butler

| | | |
|---|---|---|
| 1 | 7. | Gabe Fernandez |
| 2 | 8. | Omar Beltran |
| 3 | 9. | Ed Dekorsky |
| 4 | 10. | Shawn Buckingham/ Sean Buckingham |
| 5 | 11. | Barry Goldberg |
| 6 | 12. | Richard Powell |
| 7 | 13. | Charlie McNiely |
| 8 | 14. | Dave Abella |
| 9 | 15. | Jake Mapes |
| 10 | 16. | Jordan Freeland |
| 11 | 17. | Michelle Gunter |
| 12 | 18. | FBI Special Agent Britta Huebsch |
| 13 | 19. | Hariharan Lingham |
| 14 | 20. | Hema Nathan |
| 15 | 21. | James Wayne Nowell |
| 16 | 22. | FBI Special Agent Welton Pollard |
| 17 | 23. | FBI Special Agent Joel Seaton |
| 18 | 24. | Alexander Scoufis |
| 19 | 25. | Hassani "Alex" Synclair |
| 20 | 26. | Heather Trefry (formerly Nowell) |
| 21 | 27. | Fredrick Anderson |
| 22 | 28. | Michael Portman |
| 23 | 29. | Gabriela Bischof |
| 24 | 30. | Candis Mitchell |
| 25 | 31. | Megan Wallstrum |
| 26 | 32. | Roland Chang |
| 27 | 33. | Sara Henderson |
| 28 | 34. | Tina Rosenbaum |

JOINT PROPOSED INVOLVED INDIVIDUALS LIST
*NATHAN*, CR 19–34 VC

35. Madeline Wachs

36. Soana Katoa

37. Marina Ponomarchuk

Dated: March 25, 2025

Respectfully submitted,

JODI LINKER
Federal Public Defender
Northern District of California

　　　　　/S
CANDIS MITCHELL
GABRIELA BISCHOF
Assistant Federal Public Defenders

JOINT PROPOSED INVOLVED INDIVIDUALS LIST
*NATHAN*, CR 19–34 VC