UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>    Plaintiff,<br><br>    v.<br><br>RAMESH KRIS NATHAN,<br><br>    Defendant. | Case No. 19-cr-00034-VC-1<br><br>**ORDER DENYING DEFENSE MOTION IN LIMINE RE IP ADDRESSES**<br><br>Re: Dkt. No. 160 |

The defense's motion in limine to exclude the chart linking IP addresses to geolocation is denied. So long as Special Agent Huebsch can offer foundational testimony that Central Ops and DNS Checker, in her experience, provide reliable results, she can testify to the contents of the chart. If Huebsch cannot provide such foundational testimony, the government would need to remove that column from the chart.

**IT IS SO ORDERED.**

Dated: April 11, 2025

_____
VINCE CHHABRIA
United States District Judge