| | |
|---|---|
| 1 | PATRICK D. ROBBINS (CABN 152288)<br>Acting United States Attorney |
| 2 | |
| 3 | MARTHA BOERSCH (CABN 126569)<br>Chief, Criminal Division |
| 4 | ROLAND CHANG (CABN 271511)<br>SARA E. HENDERSON (CABN 329977) |
| 5 | Assistant United States Attorneys |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495 |
| 7 | Telephone: (415) 436-7108<br>Fax: (415) 436-7027 |
| 8 | Roland.Chang@usdoj.gov<br>Sara.Henderson@usdoj.gov |
| 9 | |
| 10 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 19-CR-00034-VC |
| Plaintiff, | ) | |
| | ) | **UNITED STATES' NOTICE OF REBUTTAL** |
| v. | ) | **EXPERT TESTIMONY BY FBI COMPUTER** |
| | ) | **SCIENTIST JONATHAN JEONG** |
| RAMESH KRIS NATHAN, | ) | |
| Defendant. | ) | |

The United States hereby discloses, pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G) and Federal Rule of Evidence 702, that it may proffer Federal Bureau of Investigation ("FBI") Computer Scientist Jonathan Jeong as a rebuttal expert witness at trial. Pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G), the United States hereby identifies FBI Computer Scientist Jeong as an expert and describes his anticipated opinions and the bases and reasons for those opinions, as well as his qualifications, below.

**Qualifications**

Mr. Jeong is a Computer Scientist with the San Francisco Division of the FBI. He is currently embedded and assigned to two cyber squads that investigate cyber-criminal and national security threats

NOTICE OF REBUTTAL EXPERT TESTIMONY         1
19-CR-00034-VC

in the Northern District of California. His job duties include: (i) conducting digital forensic and technical analyses; (ii) serving as a technical resource for investigative interviews, physical searches, and investigative and operational actions; (iii) designing and implementing technical solutions; (iv) interfacing with partner law enforcement and intelligence agencies; and (v) providing investigative technical assistance to all squads and threats for the FBI's San Francisco Field Office. A copy of his curriculum vitae is attached as Exhibit A to this notice.

Prior to joining the FBI, Mr. Jeong held multiple technical positions at Apple, Inc. and Google LLC over the course of eighteen years. That included the following positions:

1. **Technical Security Program Manager, Global Security, Apple Inc. (2015 to 2021).** Mr. Jeong provided technical solutions and support to Apple's Global Security personnel, infrastructure, and all Security Operations Centers (SOC/GSOC) globally. His job responsibilities included managing and executing domestic and international infrastructure initiatives, materials procurement, logistics planning, design and implementation of new standard operating procedures (SOPs) for technical infrastructure support, writing technical documentation, participating in 24/7 on-call duties, and designing technical solutions and providing support to non-standard requests, emergency requests, and sensitive and confidential projects.

2. **Technical Operations Manager, Legal Investigations Support, Google LLC. (2010 to 2015).** Mr. Jeong served as the sole technical resource and Legal Assistant for Google's Legal Investigations Support team. His primary duties included processing domestic and international law enforcement legal process for user data for all Google products and services, including providing personnel technical support, creating technical documentation for a non-technical audience, and providing technical solutions and maintaining working relationships with Google's Engineering, Operations, and Infrastructure teams.

In addition, Mr. Jeong holds multiple cybersecurity certifications, including Global Information Assurance Certification ("GIAC") Certified Incident Handler, GIAC Open Source Intelligence, GIAC Reverse Engineering Malware, and GIAC Security Essentials. Mr. Jeong is a certified FBI Digital Extraction Technician ("DExT") Technician and Computer Analysis and Response Team ("CART")

Technician. Mr. Jeong has completed the FBI Computer Scientist Field Operations Basic Training at the FBI Academy in Quantico, Virginia. Mr. Jeong obtained a Bachelor of Science in Computer Science and Minor in Mathematics from San Jose State University. He has not testified as an expert witness before.

**Bases and Reasons for Opinions**

Mr. Jeong's testimony and opinions are based upon his training and experience, publicly available data, evidence gathered during the government's investigation, as well as testimony and exhibits introduced at trial.

**Anticipated Testimony**

At trial, Mr. Jeong will explain what an Internet Protocol ("IP") address is, how they work, how they are assigned to electronic devices, and how geolocation data corresponds to IP addresses. He will testify that internet service providers ("ISPs") assign and/or allocate IP addresses to devices when users connect devices to the internet. Mr. Jeong will testify that ISPs often lease large blocks of IP addresses from Regional Internet Registries ("RIRs"), and that these IP allocations generally do not change frequently. ISPs will generally operate multiple autonomous system numbers ("ASNs") that correspond to specific IP address ranges. An autonomous system ("AS") is a collection of IP networks under the control of a single organization. The name of the organization is generally public and can be used to attribute an IP address to an organization, *e.g.*, a telecommunications provider. The technical term for this is an "AS org." The identified ASNs from open-source research identify telecommunications providers that operate in the reported corresponding geolocation region.

Mr. Jeong will state that geolocation data for IP addresses is generally considered by industry standards to be accurate at the regional and country level. For example, the ARIN RIR serves the United States, Canada, and parts of the Caribbean. The APNIC RIR serves the Asia-Pacific region. The RIPE NCC RIR serves Europe, the Middle East, and Central Asia.

Mr. Jeong will testify that he relied upon open-source resources that are considered reliable in the industry and by the FBI, including Censys and iplocation.net, to identify the country location and the assigned ASNs associated with the IP addresses in the IP Address Comparison chart (Trial Ex. 236). Mr. Jeong will further state that iplocation.net aggregates country location for IP addresses across

1  multiple open-source resources. The disclosed chart at Exhibit B summarizes the results from that
2  investigation.
3      Mr. Jeong will also testify that the IP addresses in the IP Address Comparison chart (Trial Ex.
4  236) currently belong to telecommunications carriers and/or ISPs. ISPs and telecommunications
5  providers generally sell connectivity to their networks, but do not offer infrastructure products or
6  services that are required to run a Virtual Private Network ("VPN") service. Thus, it is unlikely that the
7  IP addresses identified in the Amazon Web Services ("AWS") and Rocket Science Group LLC d/b/a
8  MailChimp records belonged to a VPN provider. VPN providers typically rent or lease infrastructure
9  from infrastructure providers such as DigitalOcean and generally not from telecommunications carriers.
10 In addition, Mr. Jeong searched the IP addresses through open-source resources that are considered
11 reliable in the industry and by the FBI, including ip2location.com and spur.us, to identify whether the IP
12 addresses currently belong to any anonymization services. The disclosed chart at Exhibit B summarizes
13 the results from that investigation.
14     Finally, Mr. Jeong will explain that to "remote-in" to a computer requires: (i) the necessary
15 remote connectivity service(s) must be enabled or remote connectivity software must be installed and
16 configured to accept incoming remote connections; (ii) access for a specific user account must be
17 granted; and (iii) the individual remoting in must know the IP address of the computer it wants to access
18 remotely.
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

**Witness's Approval & Signature**

Pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G)(v), I approve this disclosure of my expected testimony.

    */s/ Jonathan Jeong*
Jonathan Jeong
FBI Computer Scientist

DATED: April 21, 2025

Respectfully submitted,

PATRICK D. ROBBINS
Acting United States Attorney

    */s/*
ROLAND CHANG
SARA E. HENDERSON
Assistant United States Attorneys

# EXHIBIT A

CURRICULUM VITAE



**Jonathan Jeong**

Federal Bureau of Investigation
450 Golden Gate Avenue, 13th Floor
San Francisco, CA 94102
Phone: 415-553-7400

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| Feb 2021 – Present | **Computer Scientist**<br>FBI San Francisco Division<br>Federal Bureau of Investigation<br>San Francisco, CA<br><br>Squad embedded Computer Scientist assigned to two cyber squads working the Cyber Criminal and National Security threats. Assigned to multiple investigations with duties to include conducting digital forensic and technical analysis, serve as a technical resource in interviews, physical searches, and investigative/operational actions, design and implement technical solutions, interface with partner agencies, and provide investigative technical assistance to all squads/threats for the San Francisco field office. |
| May 2015 – Feb 2021 | **Technology Security Program Manager**<br>Global Security<br>Apple Inc.<br>Cupertino, CA<br><br>Provide technical solutions and support to Global Security organization personnel, infrastructure, and all Security Operations Centers (SOC/GSOC) globally. Responsibilities include manage and execute domestic/international infrastructure initiatives, materials procurement, logistics planning, design and implementation of new standard operating procedures (SOPs) for technical infrastructure support, write technical documentation, participate in 24/7 on-call duties, and design technical solutions and provide support to non-standard/one-off requests, emergency requests, and sensitive/confidential projects. |
| Oct 2010 – May 2015 | **Technical Operations Manager**<br>Legal Investigations Support<br>Google LLC<br>Mountain View, CA<br><br>Simultaneously serve as a Legal Assistant and as the sole technical resource for the team to develop a thorough understanding of the team's work and their technical needs. Primary duties on top of processing domestic/international law enforcement legal process for user data for all Google products/services include providing personnel technical support, creating technical documentation for non-technical audience, translating the team's business needs/requirements and providing technical solutions, and establish/maintain working relationships with Engineering, Operations, and Infrastructure teams. |
| Jan 2009 – Oct 2010 | **Operations Engineer**<br>Corporate Operations Engineering<br>Google LLC |

Mountain View, CA

Provide technical support to company personnel.  Primary support resource to the Legal and Treasury departments.  Duties include supporting domestic and international office expansions/relocations/turn-up's/decommissions, technical solutions design and implementation, logistics coordination, and equipment procurement.

| | |
|---|---|
| May 2003 – Jan 2009 | **Datacenter Operations Technician** <br> Hardware Operations <br> Google LLC <br> Mountain View, CA |

Support internal and public-facing infrastructure in datacenter/server room/lab environments to include coordinating and executing expansions, relocations, turn-up's/decommissions.  Primary duties also include creating technical documentation, participating in 24/7 on-call duties, conducting candidate interviews, onboarding/training new-hires, and supporting network infrastructure teams with off-business hours maintenance efforts, manage and audit access control lists to secured/sensitive locations, ensuring adherence to SOX compliance standards, technical solution design and implementation.

# EDUCATION

| | |
|---|---|
| Aug 1998 – May 2003 | **San Jose State University** <br> San Jose, CA <br><br> Bachelor of Science, Computer Science <br> Minor in Mathematics |

# PROFESSIONAL TRAINING

| | |
|---|---|
| Apr 2024 | SANS SEC504 – Hacker Tools, Techniques, and Incident Handling |
| Jul 2023 | SANS SEC497 – Practical Open-Source Intelligence |
| Apr 2022 | SANS FOR610 – Reverse-Engineering Malware: Malware Analysis Tools and Techniques |
| Mar 2022 | FBI Computer Scientist Field Operations Basic Training |
| Dec 2021 | FBI Digital Extraction Technician (DExT) |
| Dec 2021 | FBI Computer Analysis and Response Team (CART) Technician |
| May 2021 | SANS SEC401 – Security Essentials |

# CERTIFICATIONS

| | |
|---|---|
| Jan 2025 | GIAC Certified Incident Handler |
| Nov 2023 | GIAC Open Source Intelligence |
| Oct 2022 | GIAC Reverse Engineering Malware |
| Dec 2021 | FBI DExT Technician |
| Dec 2021 | FBI CART Technician |
| Sep 2021 | GIAC Security Essentials |

# EXHIBIT B

| IP Address | Country | Provider | Autonomous System Number | Anonymization Service |
|---|---|---|---|---|
| 157.51.14.245 | India (IN) | 157.51.0.0/17 via RELIANCEJIO-IN Reliance Jio Infocomm Limited, IN (AS55836) | AS55836 | Unlikely |
| 157.51.41.206 | India (IN) | 157.51.0.0/17 via RELIANCEJIO-IN Reliance Jio Infocomm Limited, IN (AS55836) | AS55836 | Unlikely |
| 157.51.5.41 | India (IN) | 157.51.0.0/17 via RELIANCEJIO-IN Reliance Jio Infocomm Limited, IN (AS55836) | AS55836 | Unlikely |
| 157.51.91.124 | India (IN) | 157.51.0.0/17 via RELIANCEJIO-IN Reliance Jio Infocomm Limited, IN (AS55836) | AS55836 | Unlikely |
| 188.29.165.249 | United Kingdom (GB) | 188.28.0.0/15 via H3GUK, GB (AS206067) | AS206067 | Unlikely |
| 79.79.246.145 | United Kingdom (GB) | 79.79.0.0/16 via TISCALI-UK TalkTalk Communications Limited, GB (AS9105) | AS9105 | Unlikely |
| 81.129.78.243 | United Kingdom (GB) | 81.128.0.0/12 via BT-UK-AS BTnet UK Regional network, GB (AS2856) | AS2856 | Unlikely |
| 81.136.250.50 | United Kingdom (GB) | 81.128.0.0/12 via BT-UK-AS BTnet UK Regional network, GB (AS2856) | AS2856 | Unlikely |
| 86.177.90.19 | United Kingdom (GB) | 86.128.0.0/10 via BT-UK-AS BTnet UK Regional network, GB (AS2856) | AS2856 | Unlikely |