UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE: Vince Chhabria

CASE NAME: USA v Nathan

CASE NO. 3:19-cr-00034-VC

NOTE FROM THE JURY

Note No. _____1_____

Date __04.24.2025__

Time __10:03 a.m.__

1. The Jury has reached a unanimous verdict ( )

   or

2. The Jury has the following question:

   Request copy of Stipulations (Docket 162; p. 1 and 2)

_____
Foreperson of the Jury
Nick Morozovsky