UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>   v.<br><br>RAMESH KRIS NATHAN,<br><br>        Defendant. | Case No. 19-cr-00034-VC-1<br><br>**VERDICT** |

We, the members of the jury in this action, have reached the following unanimous verdict with respect to each of the following counts of the Indictment:

**COUNT ONE**: **Wire Fraud,** by means of wire transfer of $1,500 from the bank account of Roberto Garcia at Citibank, N.A. to the bank account of Relativity Research Fund, Inc. ending in -3293 at Bank of America, N.A., sent on August 8, 2016.

We find the defendant, Ramesh Kris Nathan:

Guilty __X__                                                      Not Guilty _____

**COUNT TWO**: **Wire Fraud,** by means of wire transfer of $7,000 from the bank account of Joseph Chamberlain at USAA Bank to the bank account of Relativity Research Fund, Inc. ending in -3293 at Bank of America, N.A., sent on August 1, 2016.

We find the defendant, Ramesh Kris Nathan:

Guilty __X__                                                      Not Guilty _____

**COUNT THREE**: **Wire Fraud,** by means of wire transfer of $5,000 from the bank account of Coates Properties LLC at Wells Fargo Bank, N.A., to the bank account of Relativity Research Fund, Inc. ending in -3293 at Bank of America, N.A., sent on January 25, 2017.

We find the defendant, Ramesh Kris Nathan:

Guilty __X__                                                      Not Guilty _____

**COUNT FOUR**: **Wire Fraud**, by means of wire transfer of $22,800 from the bank account of Hassani Synclair at Pinnacle Bank to the bank account of Relativity Research Fund, Inc. ending in -3293 at Bank of America, N.A., sent on June 22, 2017.

We find the defendant, Ramesh Kris Nathan:

Guilty __X__          Not Guilty _____

**COUNT FIVE**: **Wire Fraud**, by means of wire transfer of $335 from the bank account of Jordan Freeland at Navy Federal Credit Union to the bank account of Relativity Research Fund, Inc. ending in -3293 at Bank of America, N.A., sent on July 24, 2017.

We find the defendant, Ramesh Kris Nathan:

Guilty __X__          Not Guilty _____

**COUNT SIX**: **Wire Fraud**, by means of wire transfer of $10,000 from the bank account of Michelle Gunter at Wells Fargo Bank, N.A., to the bank account of Relativity Research Fund, Inc. ending in -3293 at Bank of America, N.A., sent on July 25, 2017.

We find the defendant, Ramesh Kris Nathan:

Guilty __X__          Not Guilty _____

**COUNT SEVEN**: **Money Laundering**, by means of the transfer of approximately $22,000 from the bank account of Relativity Research Fund, Inc. ending in -3293 at Bank of America, N.A., to the bank account of Relativity Research Inc. ending in -6208, at Bank of America, N.A., occurring on June 23, 2017.

We find the defendant, Ramesh Kris Nathan:

Guilty __X__          Not Guilty _____


**COUNT EIGHT**: **Money Laundering**, by means of the transfer of approximately $25,000 from the bank account of Relativity Research Fund, Inc. ending in -3293 at Bank of America, N.A., to the bank account of Relativity Research Inc. ending in -6208, at Bank of America, N.A., occurring on July 26, 2017.

We find the defendant, Ramesh Kris Nathan:

Guilty __X__          Not Guilty _____


_[signature]_
Foreperson
Nick Morozovsky

3